STEVEN W. MYHRE
Acting United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:07-CR-00074-PMP(LRL) |
| VS. | VIOLATIONS: |
| JUSTIN TODD MOSS, | 18 U.S.C. § 1029(a)(4) - Possession of Device Making Equipment |
| DEFENDANT. | 18 U.S.C. § 2 - Aiding and Abetting |

**THE GRAND JURY CHARGES THAT:**

On or about March 30, 2007, in the State and Federal District of Nevada,

**JUSTIN TODD MOSS,**

defendant herein, did knowingly possess device-making equipment with the intent such device-making equipment be used in the production of counterfeit access devices, said activity in and affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(4) and Title 18, United States Code, Section 2.

**DATED:** this _17_ day of April 2007.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney